**1**

GREEN, MOORE & COMPANY et al., Plaintiffs in Error, v. UNITED STATES of America, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit.
March 23, 1928.

No. 5225.

Error to the District Court of the United States for the Western District of Louisiana; Louis H. Burns, Judge.

Charles A. McCoy, of Lake Charles, La., for plaintiffs in error.

Philip H. Mecom, U. S. Atty., and J. Fair Hardin, Asst. U. S. Atty., both of Shreveport, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The appeal in this case is dismissed.

---

**2**

H. M. HORN, Plaintiff in Error, v. UNITED STATES of America.

Circuit Court of Appeals, Eighth Circuit.
March 12, 1928.

No. 8117.

In Error to the District Court of the United States for the Western District of Missouri.

Otis Patterson, of Springfield, Mo., for plaintiff in error.

William L. Vandeventer, Asst. U. S. Atty., of Springfield, Mo., for the United States.

PER CURIAM. Writ of error docketed and dismissed without costs to either party in this court, per stipulation of parties.

24 F.(2d)—64½

**3**

John F. HURLEY, Owner of the Boat J. J. Rickert, Libelant-Appellant, v. Tug PUTNAM, Respondent-Appellee, New York Canal & Great Lakes Corporation, Claimant.

Circuit Court of Appeals, Second Circuit.
March 5, 1928.

No. 195.

Appeal from the District Court of the United States for the Southern District of New York.

William F. Purdy, of New York City (Thomas A. McDonald, of New York City, of counsel), for appellant.

Rumsey & Morgan, of New York City (John Tilney Carpenter, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**4**

KEMSLEY MILLBOURN & COMPANY, Limited, Plaintiff in Error, v. Frank K. BOWERS, as Collector, etc., Defendant in Error.

Circuit Court of Appeals, Second Circuit.
March 15, 1928.

No. 214.

In Error to the District Court of the United States for the Southern District of New York.

Lord, Day & Lord, of New York City (Franklin Grady and Sharon Graham, both of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty. (Samuel C. Coleman, Asst. U. S. Atty., of counsel), for defendant in error.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.